**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 29, 2018.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-53476G |
| Aaron Rene Salas | § | |
| Barbara Sophia Salas | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### ORDER APPROVING SECOND APPLICATION FOR ATTORNEY'S FEES RELATED TO THE RESOLUTION OF THE MOTION FOR RELIEF FROM STAY FILED BY NATIONSTAR MORTGAGE

On this day came on to be heard the second Application for Attorney's Fees for Work Related to Motion for Relief from Stay Filed by NATIONSTAR MORTGAGE, and the Court finds that no party in interest filed an objection or response thereto after proper notice, and there is merit to such Request.

It is, therefore, **ORDERED** that Debtor's counsel, J. Todd Malaise be awarded $534.74 as reasonable and necessary services and that said amount along with all other fees awarded post confirmation be paid as an administrative claim by the Trustee through the Chapter 13 Plan payable in full upon entry of this order or as funds become available. Payment of this claim may delay payment of the scheduled monthly payment on secured and priority claims.

###

**THIS ORDER WAS PREPARED AND SUBMITTED BY:**

**MALAISE LAW FIRM**
909 N.E. Loop 410, Ste. 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826