UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                                             CASE NO. 13-53476 G
                                                                 CHAPTER 13

AARON RENE SALAS
BARBARA SOPHIA SALAS                    JUDGE CRAIG A. GARGOTTA

            DEBTORS                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary K. Viegelahn files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**    US BANK NA, AS TRUSTEE OF THE

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 2962 | $3,053.59 | $3,053.59 | $3,053.59 |
| Total Amount Paid by Trustee | | | | $3,053.59 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  __   Through the Chapter 13 Conduit                    **X**    Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-53476 G

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of December, 2018.

| | |
|---|---|
| AARON RENE SALAS<br>BARBARA SOPHIA SALAS<br>6923 RAINTREE PATH<br>SAN ANTONIO, TX  78233 | MALAISE LAW FIRM<br>909 NE LOOP 410 STE 300<br>SAN ANTONIO, TX  78209 |
| US BANK NA, AS TRUSTEE OF THE<br>BUNGALOW SERIES III TRUST<br>C/O BSI FINANCIAL SERVICES<br>P O BOX 517<br>TITUSVILLE, PA  16354-0517 | Ocwen Loan Servicing<br>Attn: Bankruptcy<br>PO Box 24738<br>West Palm Beach, FL  33416 |
| US BANK TRUST NATIONAL ASSOCIATION<br>AS TRUSTEE OF THE IGLOO SERIES III<br>TRUST<br>C/O BSI FINANCIAL SERVICES<br>1425 GREENWAY DRIVE, STE 400<br>IRVING, TX  75038 | OCWEN LOAN SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 24605<br>WEST PALM BEACH, FL  33416-4605 |
| HARVEY LAW GROUP<br>P O BOX 131407<br>ATTENTION: ESTHER GONZALES<br>HOUSTON, TX  77219 | |

United States Trustee

Date:  12/6/2018

/s/ Mary K. Viegelahn
Mary K. Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216