**Fill in this information to identify the case:**

Debtor 1: Aaron Rene Salas

Debtor 2: Barbara Sophia Salas
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number: 13-53476-cag

# Form 4100R
## Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE Bungalow Series III TRUST

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 2 9 6 2

**Property address:** 6923 Raintree Path
Number     Street

San Antonio, TX 78233
City           State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:          (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.                   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___/___/___
MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | Aaron Rene Salas | Case number *(if known)* | 13-53476-cag |
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kristin A. Zilberstein
Signature

Date 12 / 24 / 2018

Print: Kristin A. Zilberstein
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: The Law Offices of Michelle Ghidotti

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Ave.
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427-2010

Email: kzilberstein@mghidotti.com

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 47798) |
| | LAW OFFICES OF MICHELLE GHIDOTTI |
| 3 | 1920 Old Tustin Ave. |
| | Santa Ana, CA 92705 |
| 4 | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| | mghidotti@ghidottilaw.com |
| 6 | |
| 7 | Authorized Agent for Creditor |
| | U.S. Bank Trust National Association, |
| 8 | As Trustee Of The Bungalow Series III TRUST |

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 13-53476-cag |
| | ) | |
| **AARON RENE SALAS and BARBARA SPOHIA SALAS,** | ) | CHAPTER 13 |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtors. | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On December 24, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Aaron Rene Salas<br>6923 Raintree Path<br>San Antonio, TX 78233<br><br>**Joint Debtor**<br>Barbara Sophia Salas<br>6923 Raintree Path<br>San Antonio, TX 78233<br><br>**Debtors' Counsel**<br>J. Todd Malaise<br>909 NE Loop 410, Suite 300<br>San Antonio, TX 78209 | **Trustee**<br>Mary K Viegelahn<br>Chapter 13 Trustee<br>10500 Heritage Blvd Suite 201<br>San Antonio, TX 78216 |
|---|---|

  xx   (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

  _____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 24, 2018 at Santa Ana, California

/*s / Steven P. Swartzell*
Steven P. Swartzell

2
CERTIFICATE OF SERVICE